UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., A Texas corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>AMEEN HOFIONI, an individual, MORGAN ALBANESE, an individual, THE LIT GROUP, a Nevada corporation, HUTCHINGS COURT REPORTERS, LLC, a California corporation, LITIGATION SERVICES, a Nevada corporation,<br><br>            Defendants. | No.  CIV. S-13-01770 LKK/AC<br><br>**ORDER** |

   This matter concerns a trade secrets dispute between plaintiff U.S. Legal Support, Inc. and defendants Ameen Hofioni, Morgan Albanese, The LIT Group, Hutchings Court Reporters, LLC, and Litigation Services. Plaintiff alleges that Hofioni and Albanese, its former employees, misappropriated certain trade secrets and are using this information for the benefit of their

1

1  new employer, The LIT Group, and its affiliated entities,
2  Hutchings Court Reporters, LLC and Litigation Services, and to
3  plaintiff's consequent detriment.
4      Plaintiff applies for a temporary restraining order
5  (i) enjoining defendants from using or disclosing certain trade
6  secrets and confidential information, (ii) compelling defendants
7  to return trade secrets, whether in hard copy or electronic form,
8  and (iii) compelling defendants to provide plaintiff with access
9  to online storage areas in order to verify defendants' alleged
10 use of trade secrets and confidential information.[1]  Plaintiff
11 also seeks an order to show cause why a preliminary injunction
12 should not issue, as well as a preservation order. Plaintiff also
13 seeks an order for expedited discovery.
14     The court determines that a hearing is necessary on the
15 issues presented by the TRO application, and hereby orders as
16 follows:
17     [1] Plaintiff's application for a temporary restraining
18 order is SET for hearing on Wednesday, September 4, 2013 at 1:30
19 p.m. in Courtroom 4. The court will vacate this hearing if the
20 parties agree to a stipulated TRO, a possibility alluded to in
21 the checklist filed with plaintiff's application papers.
22 Defendants may file an opposition at any time prior to the
23 hearing (preferably through the court's Electronic Case Filing
24 system, but in paper form with the Clerk's Office if that is not
25 possible), and should be prepared to provide the court with paper

---

[1] Plaintiff appears to have filed all of the supporting documents called for by Local Rule 230(c), and alleges that it has provided each of the defendants with appropriate notice. (Dec. of James D. McNairy ¶¶ 3-8, ECF No. 5-7.)

1  copies of their opposition, if any, at the hearing.

2      [2] Plaintiff is DIRECTED to serve defendants with a copy of
3  this order forthwith and to file notice of service with the court
4  immediately thereafter.

5      IT IS SO ORDERED.

6      DATED: August 30, 2013.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```