1  David S. Elkins (SBN 148077)
   David.Elkins@squirepb.com
2  SQUIRE PATTON BOGGS (US) LLP
   600 Hansen Way
3  Palo Alto, California  94304
   Telephone:    +1 650.856.6500
4  Facsimile:    +1 650.843.8777

5  Stacie D. Yee (SBN 223544)
   Stacie.Yee@squirepb.com
6  SQUIRE PATTON BOGGS (US) LLP
   555 S. Flower Street, 31st Floor
7  Los Angeles, California  90071
   Tel     (213) 624-2500
8  Fax    (213) 623-4581

9  Attorneys for Defendants
   THE LIT GROUP, LITIGATION SERVICES,
10 HUTCHINGS COURT REPORTERS, LLC,
   AMEEN HOFIONI and MORGAN ALBANESE

11

12                         UNITED STATES DISTRICT COURT

13                         EASTERN DISTRICT OF CALIFORNIA

14

15 U.S. LEGAL SUPPORT, INC., a Texas          Case No. 2:13-cv-01770-LKK-AC
   corporation,
16                                            **ORDER GRANTING PLAINTIFF U.S.**
                   Plaintiff,                 **LEGAL SUPPORT, INC.'S REQUEST**
17                                            **TO SEAL DOCUMENTS**
            v.
18
   AMEEN HOFIONI, an individual, MORGAN
19 ALBANESE, an individual, THE LIT GROUP,
   a Nevada corporation, HUTCHINGS COURT
20 REPORTERS, LLC, a California corporation,
   LITIGATION SERVICES, a Nevada
21 corporation,

22                 Defendants.

23

24

25

26

27

28

1  The Court has considered Squire Patton Bogg (US) LLP's ("Squire's") Request to Seal
2  Documents, and the supporting papers.
3  Good cause appearing therefore, IT IS HEREBY ORDERED that Squire's Request to
4  Seal Documents is GRANTED.
5  The following documents submitted by Squire in conjunction with its Request to Seal
6  Documents shall be filed under seal during the duration of this litigation:
7  1. Declaration of Stacie D. Yee in Support of Squire Patton (US) LLP's Motion to
8  Withdraw as Counsel for Defendant Ameen Hofioni and All Exhibits Thereto

10 **No individuals, with the exception of necessary Court personnel, shall have access to**
11 **these documents.**

13  **IT IS SO ORDERED.**

16  DATED: July 3, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT