UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., A Texas corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>AMEEN HOFIONI, an individual, MORGAN ALBANESE, an individual, THE LIT GROUP, a Nevada corporation, HUTCHINGS COURT REPORTERS, LLC, a California corporation, LITIGATION SERVICES, a Nevada corporation,<br><br>            Defendants. | No.  CIV. S-13-01770 LKK/AC<br><br>**ORDER** |

Plaintiff U.S. Legal Support, Inc. alleges that defendants Ameen Hofioni and Morgan Albanese, its former employees, misappropriated certain trade secrets, confidential information, and personal property, both for their own benefit and for the benefit of their new employer, defendant The LIT Group, and its affiliated entities, defendants Hutchings Court Reporters, LLC and Litigation Services.

1

Now pending before the court is Squire Patton Boggs (US) LLP's[1] ("Squire Patton") motion to withdraw as counsel for defendant Hofioni. (ECF No. 50.) Hofioni opposes this motion, and seeks in turn to disqualify Squire Patton as counsel for all defendants herein. (ECF No. 61.)

Having reviewed the parties' filings, the court has determined that it requires further information from Hofioni in order to resolve the issues presented. To that end, Hofioni is DIRECTED to file, no later than July 14, 2014, a declaration describing in detail the confidential information, if any, that he has disclosed to Squire Patton since the commencement of this action, and his view of how this disclosure might prejudice him in these proceedings or other litigation between any of the parties. In order to avoid inadvertently disclosing any confidential information, the declaration and any accompanying exhibits are to be emailed to lkkorders@caed.uscourts.gov. A copy should be simultaneously served on Squire Patton, and a proof of service filed on the electronic docket.

IT IS SO ORDERED.

DATED: July 3, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On June 1, 2014, the firm's name changed from "Squire Sanders (US) LLP" to "Squire Patton Boggs (US) LLP."

2