UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., A Texas corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>AMEEN HOFIONI, an individual, MORGAN ALBANESE, an individual, THE LIT GROUP, a Nevada corporation, HUTCHINGS COURT REPORTERS, LLC, a California corporation, LITIGATION SERVICES, a Nevada corporation,<br><br>           Defendants. | No.  CIV. S-13-01770 LKK/AC<br><br>**ORDER** |

Now pending before the court is defendant Ameen Hofioni's motion for leave to file a crossclaim against defendants The LIT Group, Hutchings Court Reporters, LLC and Litigation Services ("Entity Defendants"). (ECF No. 67.) The motion is currently set for hearing on Monday, July 28, 2014. The Entity Defendants have timely filed a statement of non-opposition to this motion. (ECF No. 71.)

1

On June 14, 2014, pursuant to court order, Hofioni lodged with the court a supplemental declaration in support of his motion to disqualify the law firm of Squire Patton Boggs (US) LLP ("Squire Patton") as counsel for all defendants herein. On June 16, 2014, Squire Patton filed a request for leave to file a response to this declaration. (ECF No. 73.) In this request, Squire Patton indicated its ability to submit a response "on or before July 21, 2014 or such other date as the Court may order." (Id.)

Having reviewed and considered the foregoing documents, the court hereby orders as follows:

[1] Defendant Ameen Hofioni's motion for leave to file a crossclaim is GRANTED. Hofioni is DIRECTED to file his crossclaim within seven (7) days of docketing of this order.

[2] Squire Patton's request to submit a response to the supplemental declaration of Ameen Hofioni is GRANTED. Squire Patton is DIRECTED to submit its response no later than 4:30 p.m. on July 23, 2014. In order to avoid inadvertently disclosing any confidential information, the response and any accompanying exhibits are to be emailed to lkkorders@caed.uscourts.gov. A copy should be simultaneously served on attorney Daniel L. Baxter of the law firm of Wilke Fleury Hoffelt Gould and Birney LLP, and a proof of service filed on the electronic docket.

IT IS SO ORDERED.

DATED: July 21, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT