LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
JOHN H. ADAMS, JR., Bar No. 253341
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:     916.830.7200
Facsimile:      916.561.0828
bwebster@littler.com; jhadams@littler.com

Attorneys for Defendants/Cross-Defendants
THE LIT GROUP, HUTCHINGS COURT REPORTERS, LLC and LITIGATION SERVICES

DANIEL L. BAXTER (SBN 203862)
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendant/Cross-Complainant
AMEEN HOFIONI

JAMES D. MCNAIRY (SBN 230903)
SEYFARTH SHAW LLP
jmcnairy@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA  95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Plaintiff
U.S. LEGAL SUPPORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMEEN HOFIONI, an individual; MORGAN ALBANESE, an individual; THE LIT GROUP, a Nevada corporation; HUTCHINGS COURT REPORTERS, LLC, a California corporation; and LITIGATION SERVICES, a Nevada corporation,<br><br>Defendants. | Case No.  2:13-cv-01770-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT STATUS REPORT**<br><br><br><br><br><br><br><br>**Complaint filed: August 26, 2013**<br>**Trial Date: TBD** |

Firmwide:129217071.1 081193.1001                    2:13-cv-01770-LKK-AC

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT STATUS REPORT

| | |
|---|---|
| 1 | AMEEN HOFIONI, |
| 2 |           Cross-Complainant, |
| 3 | v. |
| 4 | THE LIT GROUP, a Nevada corporation; HUTCHINGS COURT REPORTERS, |
| 5 | LLC, a California corporation; and LITIGATION SERVICES, a Nevada |
| 6 | corporation, |
| 7 |           Cross-Defendants. |

This stipulation for an extension of time is made on behalf of all parties to the above-entitled matter.  Counsel of record for Plaintiff U.S. LEGAL SUPPORT, INC. in this matter continues to be Seyfarth Shaw.  Former counsel for all Defendants, Squire Patton Boggs, was disqualified from representing any Defendant pursuant to this Court's order dated July 25, 2014.  Currently, individual Defendant AMEEN HOFIONI is represented in this matter by Wilke Fleury Hoffelt Gould & Birney.  Currently Defendants THE LIT GROUP, HUTCHINGS COURT REPORTERS, LLC and LITIGATION SERVICES (together, the "Entity Defendants") are represented in this matter by Littler Mendelson P.C.  The undersigned counsel for the Entity Defendants is advised that individual Defendant MORGAN ALBANESE (currently employed by the Entity Defendants) is in the process of obtaining counsel, and that counsel has advised the Entity Defendants' counsel that ALBANESE has no objection to the requested extension of time.

In order to ensure that the parties have ample time to meet and confer over the status of the litigation and collaborate on an informative Joint Status Report, the parties stipulate that the deadline for filing such report shall be no later than October 15, 2014, and hereby respectfully request that the Court issue an order adopting this proposed extension of time.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:129217071.1 081193.1001         2:13-cv-01770-LKK-AC

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT STATUS REPORT

| | |
|---|---|
| Dated: September 26, 2014 | SEYFARTH SHAW LLP |
| | By: /s/ *James D. McNairy* (as authorized on 09/26/14)<br>JAMES D. MCNAIRY<br>Attorneys for Plaintiff<br>U.S. LEGAL SUPPORT, INC. |
| Dated: September 26, 2014 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | By: /s/ *Daniel L. Baxter* (as authorized on 09/26/14)<br>DANIEL L. BAXTER<br>WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP<br>Attorneys for Cross-Complainant<br>AMEEN HOFIONI |
| Dated: September 26, 2014 | LITTLER MENDELSON, P.C. |
| | By: /s/ *Benjamin L. Webster*<br>BENJAMIN L. WEBSTER<br>JOHN H. ADAMS, JR.<br>Attorneys for Cross-Defendants<br>THE LIT GROUP, HUTCHINGS COURT REPORTERS, LLC and LITIGATION SERVICES |

**ORDER**

IT IS SO ORDERED.

Dated: October 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:129217071.1 081193.1001                                   2:13-cv-01770-LKK-AC

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT STATUS REPORT