WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant/Counter-Claimant/Counter-Defendant
AMEEN HOFIONI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., a Texas Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMEEN HOFIONI, an individual; MORGAN ALBANESE, an individual; THE LIT GROUP, a Nevada Corporation; HUTCHINGS COURT REPORTERS, LLC, a California corporation; and LITIGATION SERVICES, a Nevada corporation,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:13-cv-01770-LKK-AC<br><br>**AMEEN HOFIONI'S NOTICE OF MOTION AND MOTION TO COMPEL U.S. LEGAL SUPPORT, INC.'S FURTHER RESPONSES TO WRITTEN DISCOVERY REQUESTS, AND ACCOMPANYING DOCUMENT PRODUCTION**<br><br>Date:　　July 29, 2015<br>Time:　　10:00 a.m.<br>Ctrm:　　26, 8th Floor<br>Judge:　　Hon. Allison Claire<br><br>Complaint Filed: August 26, 2013<br>Trial Date:　　September 12, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　NOTICE IS HEREBY GIVEN that on July 29, 2015, or as soon thereafter as the matter may be heard in Department 26 of the above-entitled Court, located at 501 I Street, Sacramento, California, Defendant/Counter-Claimant/Counter-Defendant AMEEN HOFIONI will and hereby does move for an order compelling Plaintiff U.S. LEGAL SUPPORT, INC. ("U.S. Legal") to provide further responses to written discovery requests propounded by Mr. Hofioni, as well as responsive document

1  production. Pursuant to Federal Rule of Civil Procedure 37, subdivision (a)(5)(A), Mr. Hofioni will
2  also seek an award of his attorneys' fees incurred in pursuing this motion.

3      Mr. Hofioni's motion is made on the ground that U.S. Legal's responses to Mr. Hofioni's
4  interrogatories, document production requests, and requests for admission are non-responsive,
5  inclusive of inappropriate and inapplicable objections, and fail to demonstrate compliance with U.S.
6  Legal's discovery obligations. U.S. Legal has also failed to produce documents responsive to Mr.
7  Hofioni's production requests.

8      Mr. Hofioni's motion will be based on this Notice, as well as the Joint Statement Re Discovery
9  Disagreement and related documents to be submitted by the parties no later than July 22, 2015, as well
10 as such other oral or documentary evidence as may be presented at or before the time of hearing on
11 this matter.

12 DATED: June 22, 2015       WILKE, FLEURY, HOFFELT,
                                GOULD & BIRNEY, LLP

                             By: _____/s/ Daniel L. Baxter_____
                                    DANIEL L. BAXTER
                                    Attorneys for Defendant/Counter-
                                    Claimant/Counter-Defendant
                                    AMEEN HOFIONI