**BARNES & THORNBURG LLP**
Kevin D. Rising (SBN 211663)
kevin.rising@btlaw.com
Joel R. Meyer (SBN 247620)
joel.meyer@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone:  310-284-3880
Facsimile:    310-284-3894

**LITTLER MENDELSON P.C.**
Benjamin L. Webster (SBN 132230)
BWebster@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916-830-7200
Fax: 916-561-0828

Attorneys for Defendants, Cross-Defendants, and Counter-Claimants The LIT Group LLC, Hutchings Court Reporters, LLC, and Litigation Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., a Texas corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMEEN HOFIONI, an individual, MORGAN ALBANESE, an individual, THE LIT GROUP, a Nevada corporation, HUTCHINGS COURT REPORTERS, LLC, a California corporation, LITIGATION SERVICES, a Nevada corporation,<br><br>　　　　　　　Defendants. | Case No. 2:13-CV-01770-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41) AS TO CROSSCLAIM [DKT. NO. 75] AND COUNTERCLAIM [DKT. NO. 92-1]; ORDER THEREON** |

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41) AS TO CROSSCLAIM [DKT. NO. 75] AND COUNTERCLAIM [DKT. NO. 92-1]; ORDER THEREON**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants, Cross-Defendants, and Counter-Claimants The LIT Group LLC, Hutchings Court Reporters, LLC, and Litigation Services, LLC (collectively, "LIT") and Defendant, Cross-Claimant, and Counter-Defendant Ameen Hofioni ("Hofioni") hereby stipulate to dismiss, with prejudice, Hofioni's crossclaim for (1) damages, (2) indemnity, and (3) declaratory relief against LIT [Dkt. No. 75] and LIT's counterclaim for (1) breach of written contract, (2) express contractual indemnity, (3) conversion, (4) fraud, and (5) declaratory relief against Hofioni [Dkt. No. 92-1], with each party to bear its own attorneys' fees and costs.

**BARNES & THORNBURG LLP**

Dated: March 10, 2016    By: /s/ Matthew B. O'Hanlon
Kevin D. Rising
Joel R. Meyer
Matthew B. O'Hanlon
Attorneys for Defendants, Cross-Defendants, and Counter-Claimants The LIT Group LLC, Hutchings Court Reporters, LLC, and Litigation Services, LLC

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**

Dated: March 10, 2016    By: /s/ Daniel L. Baxter (with permission)
Daniel L. Baxter
Attorneys for Defendant, Cross-Claimant, and Counter-Defendant Ameen Hofioni

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41) AS TO CROSSCLAIM [DKT. NO. 75] AND COUNTERCLAIM [DKT. NO. 92-1]; ORDER THEREON**