| | |
|---|---|
| **SEYFARTH SHAW LLP**<br>James D. McNairy (SBN 230903)<br>Email: jmcnairy@seyfarth.com<br>Michael G. Cross (SBN 268999)<br>Email: mcross@seyfarth.com<br>Enedina S. Cardenas (SBN 276856)<br>Email: ecardenas@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone:   (916) 448-0159<br>Facsimile:    (916) 558-4839<br><br>**SEYFARTH SHAW LLP**<br>G. Daniel Newland (SBN 087965)<br>dnewland@seyfarth.com<br>Chantelle C. Egan (SBN 257938)<br>Email: cegan@seyfarth.com<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone:    (415) 397-2823<br>Facsimile:     (415) 397-8549<br><br>Attorneys for Plaintiff<br>U.S. LEGAL SUPPORT, INC. | **BARNES & THORNBURG LLP**<br>Kevin D. Rising (SBN 211663)<br>kevin.rising@btlaw.com<br>Joel R. Meyer (SBN 247620)<br>joel.meyer@btlaw.com<br>Matthew B. O'Hanlon (SBN 253648)<br>matthew.o'hanlon@btlaw.com<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067-3012<br>Telephone:  310-284-3880<br>Facsimile:    310-284-3894<br><br>Attorneys for Defendants, Cross-Defendants, and Counter-Claimants<br>THE LIT GROUP LLC,<br>HUTCHINGS COURT REPORTERS, LLC, AND LITIGATION SERVICES, LLC<br><br>**EHLERS LAW CORPORATION**<br>Wesley C.J. Ehlers (SBN 181537)<br>wes@ehlerslawcorp.com<br>2600 Capitol Ave Suite 300<br>Sacramento, California 95816<br>Telephone: (916) 442-0300<br>Facsimile: (916) 650-1039<br><br>Attorneys for Defendant'<br>MORGAN ALBANESE |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., a Texas corporation,<br><br>                 Plaintiff,<br><br>         v.<br><br>AMEEN HOFIONI, an individual, MORGAN ALBANESE, an individual, THE LIT GROUP, a Nevada corporation, HUTCHINGS COURT REPORTERS, LLC, a California corporation, and LITIGATION SERVICES, a Nevada corporation,<br><br>                 Defendants. | Case No. 2:13-CV-01770-MCE-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO <u>ONLY</u> DEFENDANTS THE LIT GROUP, LLC, HUTCHINGS COURT REPORTERS, LLC AND LITIGATION SERVICES, LLC AND DEFENDANT MORGAN ALBANESE; ORDER** |

1

Plaintiff U.S. Legal Support, Inc. and Defendants The LIT Group, LLC, Hutchings Court Reporters, LLC, Litigation Services, LLC, and Morgan Albanese (collectively, the "Parties") have fully and finally resolved the issues between the Parties set forth in this case.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement and General Mutual Release signed by Plaintiff U.S. Legal Support, Inc. and Defendants The LIT Group, LLC, Hutchings Court Reporters, LLC, Litigation Services, LLC, and Morgan Albanese, it is HEREBY STIPULATED that U.S. Legal Support, Inc.'s First Amended Complaint [Dkt No. 44] shall be dismissed with prejudice as to Defendants The LIT Group, LLC, Hutchings Court Reporters, LLC, Litigation Services, LLC, and Morgan Albanese *only*.  Defendant Ameen Hofioni ("Hofioni") is not party to the Parties' underlying settlement nor this Stipulation, and thus U.S. Legal Support, Inc.'s First Amended Complaint [Dkt No. 44] shall not be dismissed as to the claims against Hofioni by virtue of this Stipulation.

The Parties FURTHER STIPULATE that, as between Plaintiff and the settling defendants, each side shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Stipulated and respectively submitted,

DATED:  March 18, 2016                    SEYFARTH SHAW LLP

By:  /s/  James D. McNairy
    G. Daniel Newland
    James D. McNairy
    Chantelle C. Egan
    Michael G. Cross
    Enedina S. Cardenas

Attorneys for Plaintiff
U.S. LEGAL SUPPORT, INC.

| | | |
|---|---|---|
| DATED: March 18, 2016 | | BARNES & THORNBURG LLP |

By: /s/ Joel R. Meyer (with permission)
Kevin D. Rising
Joel R. Meyer
Matthew B. O'Hanlon

Attorneys for Defendants, Cross-Defendants and Counter-Claimants
THE LIT GROUP, LLC, HUTCHINGS COURT REPORTERS, LLC, and LITIGATION SERVICES, LLC

DATED: March 18, 2016                                    EHLERS LAW CORPORATION

By: /s/ Wesley C.J. Ehlers (with permission)
Wesley C.J. Ehlers

Attorneys for Defendant
MORGAN ALBANESE

**IT IS SO ORDERED**.

Dated: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT