**SEYFARTH SHAW LLP**
James D. McNairy (SBN 230903)
Email:  jmcnairy@seyfarth.com
Michael G. Cross (SBN 268999)
Email: mcross@seyfarth.com
Enedina S. Cardenas (SBN 276856)
Email:  ecardenas@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

**SEYFARTH SHAW LLP**
G. Daniel Newland (SBN 087965)
dnewland@seyfarth.com
Chantelle C. Egan (SBN 257938)
Email: cegan@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Plaintiff
U.S. LEGAL SUPPORT, INC.

**WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP**
George A. Guthrie (SBN 201263)
gguthrie@wilkefleury.com
Daniel L. Baxter (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for Defendant
AMEEN HOFIONI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., a Texas corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>AMEEN HOFIONI, an individual, MORGAN ALBANESE, an individual, THE LIT GROUP, a Nevada corporation, HUTCHINGS COURT REPORTERS, LLC, a California corporation, and LITIGATION SERVICES, a Nevada corporation,<br><br>                    Defendants. | Case No. 2:13-CV-01770-MCE-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO REMAINING DEFENDANT AMEEN HOFIONI;  ORDER** |

Plaintiff U.S. Legal Support, Inc. and Defendant Ameen Hofioni (collectively, the "Parties") have fully and finally resolved the issues between the Parties set forth in this case.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement and General Mutual Release signed by Plaintiff U.S. Legal Support, Inc. and Defendant

Ameen Hofioni, it is **HEREBY STIPULATED** that U.S. Legal Support, Inc.'s First Amended Complaint [Dkt No. 44] shall be dismissed with prejudice as to Defendant Ameen Hofioni.

The Parties **FURTHER STIPULATE** that, as between Plaintiff U.S. Legal Support, Inc. and Defendant Ameen Hofioni, each side shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Stipulated and respectfully submitted,

DATED: May 10, 2016

SEYFARTH SHAW LLP

By: /s/ James D. McNairy
G. Daniel Newland
James D. McNairy
Chantelle C. Egan
Michael G. Cross
Enedina S. Cardenas

Attorneys for Plaintiff
U.S. LEGAL SUPPORT, INC.

DATED: May 10, 2016

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: /s/ Daniel L. Baxter (with permission)
George A. Guthrie
Daniel L. Baxter

Attorneys for Defendant
AMEEN HOFIONI

The parties' stipulation is hereby adopted by the Court as its order, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 13, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE